**Kenneth Allen NEIGHBORS,**
**Plaintiff—Appellant,**

v.

**R. AGATHA; et al., Defendants—**
**Appellees.**

**No. 06–15342.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 15, 2006.

Kenneth Allen Neighbors, Ione, CA, pro se.

Before: LEAVY, GOULD, and CLIFTON, Circuit Judges.

MEMORANDUM **

California state prisoner Kenneth Allen Neighbors appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action alleging defendants violated his right of access to courts. We review de novo dismissals under 28 U.S.C. § 1915A for failure to state a claim, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000), and we may affirm on any ground supported by the record, *Graves v. City of Coeur D'Alene,* 339 F.3d 828, 846 n. 23 (9th Cir.2003).

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

The district court properly dismissed this action, because suits against state court employees are barred by the Eleventh Amendment. *See Simmons v. Sacramento County Superior Court*, 318 F.3d 1156, 1161 (9th Cir.2003).

The remaining contentions lack merit.

**AFFIRMED.**

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.